# EXHIBIT 91

## Contact Us

# Drop us a line and let us know how we can work with you.

**WHAT ARE YOU INTERESTED IN?**
Choose a Subject

**PHONE***
123-456-7890

**FIRST NAME***
JOHN

**LAST NAME***
WAYNE

**EMAIL***
name@email.com

**BUSINESS***
MONEY BIZ

**MESSAGE***
Say Hello...

**SUBMIT**

* Indicates a required field

## More information

📞 646-661-1330

📍 New York

📍 Minnesota

📍 California

India

| Platform | Company |
|---|---|
| X-35 FinTech Core™ | About |
|  | Our CEO |
| **Products** | Leadership |
| One Connect™ | Partners |
| Core DBX™ | Awards & Recognition |
| Verified Enrollment™ | Careers |
| Quick Money Movement™ |  |
| Open Processing™ | **Contact** |
| Human Behavioral Insights™ | Contact Us |
|  | Client Support |
| **Use Cases** |  |
| Retail Digital Banking | **Partner Portal** |
| Agent Banking | Go to Partner Portal |
| Consumer RDC |  |
| Commercial RDC | **Legal** |
|  | Terms and Conditions |
| **News** | Privacy Policy |
| View All News | Accessibility Statement |
|  | EULA Agreement |

© 2021 Urban FT Group, Inc. All Rights Reserved. The business name 'Urban FT™' and the logo consisting of the words "Urban FT Financial Technology" (which can be seen at www.UrbanFT.com) are trademarks of Urban FT Group, Inc. (collectively, the "Trademarks"). The domain name www.UrbanFT.com (together with all associated services) is owned by Urban FT Group, Inc. ("Domain"). The Trademarks and the Domain are from time to time used pursuant to licenses granted by Urban FT Group, Inc. to other associated and non-associated entities. One Connect™, Core DBX™, Verified Enrollment™, Quick Money Movement™, Open Processing™, Human Behavioral Insights™, X-35™ and the X-35 FinTech Core™ are all trademarks of X-35 Financial Technologies, LLC, and are, from time to time, used pursuant to licenses granted by X-35 Financial Technologies, LLC to other associated and non-associated entities. Any employee and/or a contractual representative who you may deal with through this website, or as a result of visiting this website, is an employee or contractor of UFT Professional Services, LLC, and may be communicating with you with respect to the services offered and provided by Urban FT Client Solutions, LLC and/or X-35 Financial Technologies, LLC. All other trademarks displayed on this website are owned by the respective parties.